1    ALAN M. KAUFMAN, ESQ.  CSB: 57449
     KAUFMAN & KAUFMAN
2    220 Montgomery Street, Suite 966
     San Francisco, California 94104
3    Telephone: (415) 956-7770
     Attorneys for Plaintiff

4

                **UNITED STATES DISTRICT COURT**
5

             **NORTHERN DISTRICT OF CALIFORNIA**
6

7

8    SURINDER SINGH MULTANI and      )       CASE NO.
     JASMIN MULTANI, by and through    )
     SURINDER SINGH MULTANI, Her    )
9    Guardian Ad Litem                )    CV 08 1599
                                )
10          Plaintiff,             )    PETITION FOR APPOINTMENT OF
                                )    GUARDIAN AD LITEM FOR PLAINTIFF
11      vs.                            )
                                )
12    EMILIO T. GONZALEZ, Director, U. S.    )
     Citizenship and Immigration Services,    )
13                                   )
          Defendant.            )
14    _____ )

15        Plaintiff JASMIN MULTANI is a minor twelve years of age.

16        Plaintiff brings this action for review of an administrative hearing decision of 28 U.S.C.

17    § 1331 and 5 U.S.C. §§ 701 - 706.

18        Plaintiff has no general Guardian, and no previous Petition for Appointment of a

19    Guardian Ad Litem has been filed in this matter.

20        SURINDER SINGH MULTANI is Plaintiff's parent and is competent to act as Guardian

21    Ad Litem.

22        WHEREFORE, Petitioner prays that he, SURINDER SINGH MULTANI, be appointed

23    as

24    //

25    //

26    //

27    //

28

_____

            Petition for Appointment of Guardian Ad Litem for Plaintiff

1  Guardian Ad Litem for JASMIN MULTANI in this matter.

2          I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct and that this declaration was executed this day _3/24/08_ at

4  San Francisco, CA.

5

6                                                         _____

7                                                         SURINDER SINGH MULTANI

8                              CONSENT OF NOMINEE

9          I, SURINDER SINGH MULTANI, the nominee of Plaintiff, consent to act as Guardian

10  Ad Litem for the minor Plaintiff in the above-entitled action.

11

12  Dated: _3/24/08_                                    _____

13                                                         SURINDER SINGH MULTANI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
                Petition for Appointment of Guardian Ad Litem for Plaintiff