FILED
MAR 28 2008

RECEIVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURINDER SINGH MULTANI and JASMIN MULTANI, by and through SURINDER SINGH MULTANI, Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO T. GONZALEZ, Director, U. S. Citizenship and Immigration Services,<br><br>Defendant. | CV CASE NO. 08-1599 CW<br><br>(PLAINTIFF'S PROPOSED) ORDER GRANTING PLAINTIFF'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the application of SURINDER SINGH MULTANI for appointment as Guardian Ad Litem for JASMIN MULTANI, a minor, and good cause appearing therefore.

IT IS SO ORDERED.

Date: 3/28/08

_____
U.S. DISTRICT COURT

Order Granting Plaintiff's Petition for Appointment of Guardian Ad Litem

1