JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SURINDER SINGH MULTANI, and JASMIN MULTANI, by and through SURINDER SINGH MULTANI, Her Guardian Ad Litem, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services, <br><br> Defendant. | No. C 08-1599 CW <br><br> **STIPULATION TO EXTEND DATES; and ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about March 24, 2008. Defendant's response is due on May 27, 2008.

2. Pursuant to this Court's March 24, 2008 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 24, 2008, and attend a case management conference on July 1, 2008.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as

follows:

    Last day to file Defendant's Answer:    August 5, 2008

    Last day to file Joint ADR Certification:    August 12, 2008

    Last day to file/serve Joint Case Management Statement:    August 26, 2008

    Case Management Conference:    September 2, 2008, at 2:00 p.m.

Date: May 22, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

    /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendant

    /s/
Date: May 22, 2008    ALAN M. KAUFMAN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/11/08    CLAUDIA WILKEN
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation for Extension
C08-1599 CW    2