1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  SURINDER SINGH MULTANI, and        )
    JASMIN MULTANI, by and through     )   No. C 08-1599 CW
13  SURINDER SINGH MULTANI, Her        )
    Guardian Ad Litem,                 )
14                                     )   **STIPULATION TO DISMISS AND**
                    Plaintiffs,        )   **ORDER**
15                                     )
                 v.                    )
16                                     )
    EMILIO T. GONZALEZ, Director, U.S. )
17  Citizenship and Immigration Services, )
                                       )
18                  Defendant.         )
                                       )
19  _____ )

20      Plaintiffs, by and through their attorney of record, and Defendant by and through his attorney of

21  record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

22  the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    Stipulation to Dismiss
    C08-1599 CW                           1

1    Each of the parties shall bear their own costs and fees.

2    Date: August 12, 2008                          Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
4

5                                                    _____/s/_____
                                                     ILA C. DEISS[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendant
7

8

9    Date: August 12, 2008                          _____/s/_____
                                                     ALAN M. KAUFMAN
                                                     Attorney for Plaintiffs
10

11                              **ORDER**

12       Pursuant to stipulation, IT IS SO ORDERED.

13

Date:  8/20/08                                       _____
14                                                   CLAUDIA WILKEN
                                                     United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27    [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28    indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-1599 CW                              2